## (December 28, 1962)

■ In the Matter of the Claim of ARTHUR POTTER, Respondent, v. ALBERT E. FARONE, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted by default, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ BOYD A. RESSEGUIE, Respondent, v. NORBERT MOSES, Appellant. (And Two Other Actions.) — Appeal dismissed, without costs, unless appellants shall file and serve record, brief and note of issue for the March 1963 Term on or before February 1, 1963, in which event motion denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY THOMAS DI RIGO, Appellant. (Two Actions.) — Time to perfect appeals extended 90 days. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER FUREY, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of RALPH DARLING, Petitioner, v. STEPHEN SMYK, as District Attorney of Broome County, Respondent.— Motion for order to show cause denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS GEORGE MOONEY, Appellant.— Application for extension of time granted. Motion in all other respects denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.